IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Victoria Lunn Jones,<br><br>    PLAINTIFF<br><br>    v.<br><br>Sykes Enterprises, Inc.,<br><br>    DEFENDANT | C/A No. 3:21-cv-3396-TLW-TER<br><br>**Order** |

    Plaintiff Victoria Jones, proceeding *pro se*, filed this civil action asserting claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) et seq. ECF No. 1. The matter now comes before the Court for review of the Report and Recommendation (Report) filed on March 30, 2022, by Magistrate Judge Thomas E. Rogers III, to whom this case was previously assigned. ECF No. 21. In the Report, the Magistrate Judge recommends denying Defendant's Motion to Dismiss, ECF No. 12, under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Objections to the Report were due April 25, 2022. Defendant did not file any objections to the Report.

    The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

    The Court has carefully reviewed the Report and filings. For the reasons

stated by the Magistrate Judge, the Report is **ACCEPTED** and Defendant's Motion to Dismiss is **DENIED**.

    **IT IS SO ORDERED**.

                                              *s/ Terry L. Wooten*
                                              Terry L. Wooten
                                              Senior United States District Judge

May 6, 2022
Columbia, South Carolina